UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:25-cv-173-BJB

CANDIE SPENCER FREEMAN,
As Administratrix of the Estate of
Austin Brooke Spencer, deceased,
and as Next Friend of D.R.R. the minor
son of Decedent,

                                                                                           **PLAINTIFF,**

v.

BALLARD COUNTY, KENTUCKY, and
ERIC COPPESS, STACIE HINES,
KELLE SANDERS, DAVID LARA, JR.,
ROBERT HILL, TERESA GORMAN,
JAMES CAMPBELL, DAWSON COLLINS,
SEAN WYATT, all individually,

                                                                                           **DEFENDANTS.**

**CERTIFICATE OF MERIT**
**(ATTACHMENT A TO COMPLAINT)**

      As required by KRS 411.167(1), Plaintiff, Candie Spencer Freeman, and counsel, William G. Deatherage, Jr., certify that they have reviewed the facts of the case and have consulted with at least one expert qualified pursuant to the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence who is qualified to give expert testimony as to the standard of care or negligence and who the claimants and their counsel reasonably believe is knowledgeable in the relevant issues involved in the particular action, and have concluded on the basis of review and consultation that there is reasonable basis to commence this action.

Dated, this 21st day of October, 2025.

                                              Respectfully submitted,

                                              */s/ William G. Deatherage, Jr.*
                                              William G. Deatherage, Jr.
                                              DEATHERAGE, MYERS & LACKEY, PLLC
                                              P.O. Box 1065
                                              Hopkinsville, KY 42241-1065
                                              Phone: 270-886-6800
                                              bdeatherage@dmlfirm.com

                                              Counsel for Plaintiff

_____
Candie Spencer Freeman, Claimant


Subscribed and sworn to before me by Candie Spencer Freeman, this 21st day of October, 2025.

My Commission Expires: December 29, 2027



_____
Notary Public


_____
William G. Deatherage Jr., Counsel for Plaintiff


Subscribed and sworn to before me by William G. Deatherage, Jr., this 21st day of October, 2025.

My Commission Expires: September 6, 2028

_____
Notary Public

